## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI,<br><br>    *Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>    *Defendant*. | Case No. 7:23-cv-00077-DC<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF KARRIE WHEATLEY IN SUPPORT OF APPLE INC.'S MOTION TO TRANSFER VENUE

I, Karrie Wheatley, hereby declare:

1. I am an attorney with the law firm Fish & Richardson P.C., and counsel for Defendant Apple Inc. I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt of Apple Inc.'s form 10-K from October 28, 2022, retrieved on September 26, 2023, from https://investor.apple.com/sec-filings/sec-filings-details/default.aspx?FilingId=16157374.

3. Attached as Exhibit 2 is a true and correct copy of Apple Inc.'s webpage on Job Creation, retrieved on September 26, 2023, from https://www.apple.com/job-creation/.

4. Attached as Exhibit 3 is a true and correct copy of the About.Me webpage of Robin Elenga, retrieved on September 29, 2023, from https://about.me/robinelenga.

1

5. Attached as Exhibit 4 is a true and correct copy of a OneStop Report from D&B Hoovers on RevelHMI, received on September 20, 2023.

6. Attached as Exhibit 5 is a true and correct copy of the Crunchbase webpage of RevelHMI, retrieved on September 26, 2023, from https://www.crunchbase.com/organization/revelhmi.

7. Attached as Exhibit 6 is a true and correct copy of the RevelHMI.com webpage, retrieved on September 26, 2023, from http://revelhmi.com/.

8. Attached as Exhibit 7 is a true and correct copy of the cover pages excerpted from the four asserted patents, U.S. Patent Nos. 8,093,767, 8,860,337, 9,941,830, and 11,152,882 with highlights added.

9. Attached as Exhibit 8 is a true and correct copy of search results for flights in October 2023 from San Jose, California to Midland, Texas, retrieved on September 26, 2023, using Google Flights at https://www.google.com/travel/flights/.

10. Attached as Exhibit 9 is a true and correct copy of search results for flights in October 2023 from Midland, Texas to San Jose, California, retrieved on September 26, 2023, using Google Flights at https://www.google.com/travel/flights/.

11. Attached as Exhibit 10 is a true and correct copy of search results for flights in October 2023 from San Diego, California to San Jose, California, retrieved on September 26, 2023, using Google Flights at https://www.google.com/travel/flights/.

12. Attached as Exhibit 11 is a true and correct copy of search results for flights in October 2023 from Seattle, Washington to San Jose, California, retrieved on September 26, 2023, using Google Flights at https://www.google.com/travel/flights/.

13. Attached as Exhibit 12 is a true and correct copy of search results for flights in October 2023 from San Diego, California to Midland, Texas, retrieved on September 26, 2023, using Google Flights at https://www.google.com/travel/flights/.

14. Attached as Exhibit 13 is a true and correct copy of search results for flights in October 2023 from Seattle, Washington to Midland, Texas, retrieved on September 26, 2023, using Google Flights at https://www.google.com/travel/flights/.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of October 2023, in Houston, Texas.

> /s/ Karrie Wheatley
> Karrie Wheatley