UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI,<br><br>*Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | Case No. 7:23-cv-00077-DC<br><br>JURY TRIAL DEMANDED<br><br>**FILED UNDER SEAL** |

**DECLARATION OF CHANG ZHANG IN SUPPORT OF DEFENDANT
APPLE INC.'S MOTION TO TRANSFER VENUE**

# FILED UNDER SEAL

1