UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC., d/b/a RevelHMI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　　　Defendant. | Case No.  7:23-cv-00077-DC<br><br>**JURY TRIAL DEMANDED** |

**ORDER MODIFYING SCHEDULING ORDER**

The Court hereby enters the following modified schedule to govern the above-captioned case:

| Date | Deadline | Day |
|---|---|---|
| 3/21/24 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. | Thur |
| 4/11/24 | Plaintiff files Responsive claim construction brief. | Thur |
| 4/25/24 | Defendant files Reply claim construction brief. | Thur |
| 5/9/24 | Plaintiff files Sur-Reply claim construction brief. | Thur |
| 5/16/24 | Parties submit Joint Claim Construction Statement. See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). | Thur |
| 5/23/24 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). | Thur |
| **5/30/24 1:30 PM** | **Markman Hearing** | Thur |
| 4/12/24 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). | Fri |
| 5/23/24 | Deadline to add parties. | Thur |

1

| | | |
|---|---|---|
| 6/6/24 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to amend if new information is identified after initial contentions. | Thur |
| 8/1/24 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) | Thur |
| 10/10/24 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. | Thur |
| 11/7/24 | Close of Fact Discovery | Thur |
| 11/21/24 | Opening Expert Reports | Thur |
| 1/9/25 | Rebuttal Expert Reports | Thur |
| 1/23/25 | Close of Expert Discovery | Thur |
| 1/30/25 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. | Thur |
| 2/6/25 | Dispositive motion deadline and Daubert motion deadline. | Thur |
| 2/20/25 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | Thur |
| 2/27/25 | Serve objections to pretrial disclosures/rebuttal disclosures. | Thur |
| 3/3/25 | Parties to contact Court to confirm their pretrial conference and trial dates. | Mon |
| 3/6/25 | Serve objections to rebuttal disclosures and File Motions *in-limine*. | Thur |
| 3/13/25 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | Thur |
| 3/20/25 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | Thur |

| | | |
|---|---|---|
| 3/21/25 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | Fri |
| 7/11/25 1:30 pm | **Final Pretrial Conference**. Held in person. | Fri |
| 8/4/25 8:00 am | **Jury Selection/Trial**. | Mon |

SO ORDERED this 6th day of March, 2024.

_____
The Honorable David Counts
UNITED STATES DISTRICT JUDGE