UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC., d/b/a RevelHMI,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 7:23-cv-000077-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Plaintiff Resonant Systems, Inc. ("Plaintiff" or "Resonant") and Defendant Apple Inc. ("Defendant" or "Apple") respectfully submit this Joint Claim Construction Statement in anticipation of the claim construction hearing scheduled for May 31, 2024. The asserted patents are U.S. Patent Nos. 8,093,767 (the "'767 patent"), 8,860,337 (the "'337 patent"), 9,941,830 (the "'830 patent), and 11,152,882 (the "'882 patent"). The currently asserted claims are set forth below and the parties' agreed and disputed claim construction positions are shown in Attachment A, attached hereto.

- '767 patent – claims 1, 2, 3, 4, 5
- '337 patent – claims 2, 3
- '830 patent – claims 1, 2, 3, 4, 5, 6, 7, 8, 14, 15, 16, 17, 19, 20
- '882 patent – claims 1, 2, 3, 4, 5, 6, 10, 17, 19, 20

Dated: May 16, 2024

/s/ *Reza Mirzaie*
Reza Mirzaie
Paul Kroeger
Kristopher Davis
Christian Conkle

Dated: May 16, 2024

/s/ *James Yang*
Roger A. Denning (Cal. Bar No. 228998)
denning@fr.com
Ryan O'Connor (Cal. Bar No. 304815)
oconnor@fr.com

1

RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025

Peter Tong
RUSS AUGUST & KABAT
4925 Greenville Avenue, Suite 200
Dallas, Texas 75206

Tel: 310-826-7474
Fax: 310-826-6991
rak_revelhmi@raklaw.com

Attorneys for Plaintiff Resonant Systems Inc., d/b/a RevelHMI

Oliver Richards (Cal. Bar No. 310972)
orichards@fr.com
Joy Backer Kete (Mass. Bar No. 694323)
(*pro hac vice forthcoming*)
kete@fr.com
James Yang (Cal. Bar No. 323287)
jyang@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Ruffin B. Cordell (Tex. Bar No. 04820550)
cordell@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

Nitika Fiorella (Del. Bar No. 5898)
(*pro hac vice forthcoming*)
ngupta@fr.com
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-5070 / Fax: (302) 652-0607

Kathryn Quisenberry (Tex. Bar No. 24105639)
quisenberry@fr.com
Karrie Wheatley (Tex. Bar No. 24098605)
wheatley@fr.com
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Tel: (713) 654-5300 / Fax: (713) 652-0109

Steven J. Wingard (Tex. Bar No. 00788694)
swingard@scottdoug.com
SCOTT, DOUGLAS & McCONNICO, L.L.P.
303 Colorado Street, Suite 2400
Austin, Texas 78701
Tel: (512) 495-6300 / Fax: (512) 495-6300

***Attorneys for Defendant Apple Inc.***

## CERTIFICATE OF SERVICE

    I certify that this document is being served upon counsel of record for Defendant on May 16, 2024 via electronic service.

                                                    /s/ *Reza Mirzaie*

**APPENDIX A**

I.    **AGREED CONSTRUCTIONS**

| Claim Language | Agreed Construction |
|---|---|
| **'767 patent, claim 1; '830 patent, claims 1, 19; '882 patent, claims 1, 10**<br><br>*Preambles*: "linear resonant vibration module"; "vibration module"; "oscillating resonant module[s]" | Preamble is limiting |
| **'767 patent, claim 1**<br>"a driving component that drives the moveable component in each of two opposite directions" | Subject to 35 U.S.C. § 112(f)<br><br>**Function**: driving the moveable component in each of two opposite directions<br><br>**Structures**: coils 420, 514, 626, 1202, 1204, 1302, 1304, 1412, 1414, 1510 (also shown in Figs. 16–17); electromagnets shown in Figs. 10–11; and equivalents thereof |
| **'337 patent, claim 2**<br>"a driving component that drives the moveable component in each of two opposite directions within the housing" | Subject to 35 U.S.C. § 112(f)<br><br>**Function**: driving the moveable component in each of two opposite directions within the housing<br><br>**Structures**: coils 420, 514, 626, 1202, 1204, 1302, 1304, 1412, 1414, 1510 (also shown in Figs. 16–17); stator coils of Figs. 24A, 24B, 25; electromagnets shown in Figs. 10–11; and equivalents thereof |
| **'830 patent, claims 1, 19, 20**<br>"a driving component that drives the moveable component to oscillate within the housing" | Subject to 35 U.S.C. § 112(f)<br><br>**Function**: driving the moveable component to oscillate within the housing<br><br>**Structures**: coils 420, 514, 626, 1202, 1204, 1302, 1304, 1412, 1414, 1510 (also shown in Figs. 16–17); stator coils of Figs. 24A, 24B, 25; electromagnets shown in Figs. 10–11; and equivalents thereof |

## II. DISPUTED CONSTRUCTIONS: APPLE'S PROPOSED TERMS

### A. Preambles

| Claim Language | Resonant's Proposed Construction | Apple's Proposed Construction |
|---|---|---|
| **'337 patent, claim 2** "linear vibration module"  **'830 patent, claim 20** "vibration module" | Preamble is not limiting; no construction necessary; plain and ordinary meaning | Limiting |

### B. "Control Component …"

| Claim Language | Resonant's Proposed Construction | Apple's Proposed Construction |
|---|---|---|
| **'767 patent, claim 1**  a control component that includes a microprocessor and that controls supply of power from the power supply to the driving component to cause the moveable component to linearly oscillate, the control component including, in addition to the microprocessor,  a control program, stored in one of a separated electronic memory or within the processor, that is executed by the microprocessor to control operation of the linear resonant vibration module, and | Plain and ordinary meaning; not subject to 35 U.S.C. § 112 ¶ 6  If subject to 35 U.S.C. § 112 ¶ 6, then:  **Agreed Function**: controlling supply of power from the power supply to the driving component to cause the movable component to linearly oscillate; controlling operation of the linear resonant vibration module; receiving output signals from sensors within the linear resonant vibration module during operation of the linear resonant vibration module; and adjusting one or more operational control outputs of the control component according to the received output signals from the sensors in order that subsequent operation of linear resonant vibration module produces desired outputs from the one or more sensors corresponding to one or more operational control parameters  **Structure**: a microprocessor; a switch; electronic memory; a control program that, if an algorithm is required, performs an algorithm comprising the following steps: (a) receive | Subject to 35 U.S.C. § 112(f)  **Structure**: a microprocessor; a switch that receives a directional signal d from the processor and that selects a corresponding direction of the two opposite directions in which the driving |

2

| Claim Language | Resonant's Proposed Construction | Apple's Proposed Construction |
|---|---|---|
| a switch that receives a directional signal d from the processor and that selects a corresponding direction of the two opposite directions in which the driving component drives the moveable component, <br><br> the control component receiving output signals from sensors within the linear resonant vibration module during operation of the linear resonant vibration module and adjusting one or more operational control outputs of the control component according to the received output signals from the sensors in order that subsequent operation of linear resonant vibration module produces desired outputs from the one or more sensors corresponding to one or more operational control parameters | the value of an output signal; (b) compare that value to a different value, which could be a previous value; and/ (c) adjust one or more operational control outputs based on that comparison; and equivalents thereof <br><br> See, e.g., '767 patent at 5:15-48, 6:14-8:3, Figs. 5A-6, 7A-7C | component drives the moveable component; a control program, stored in one of a separated electronic memory or within the processor, that is executed by the microprocessor wherein the control program performs the algorithm shown in Figs. 7A–C and described at 6:15–8:3; and equivalents thereof |
| **'337 patent, claim 2** <br><br> a control component that controls supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an | **No Dispute:** Subject to 35 U.S.C. § 112(f) <br><br> **Agreed Function**: <br> controlling supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by user input received from the user-input features; driving simultaneous oscillation of the movable component at two or more frequencies to generate complex vibration modes | |

3

| Claim Language | Resonant's Proposed Construction | Apple's Proposed Construction |
|---|---|---|
| amplitude specified by user input received from the user-input features, wherein the control component drives simultaneous oscillation of the moveable component at two or more frequencies to generate complex vibration modes. | **Structure:** microcontroller with internal or external memory; processor; CPU; microprocessor; and equivalents thereof<br><br>[if an algorithm is required] Where the corresponding structure is a processor, CPU, or microprocessor, the processor / CPU / microprocessor is programmed with an algorithm comprising the following steps: (a) set the mode and strength to values representing selections made by user input to the user input features; (b) provide a corresponding output to the power supply so that the power supply provides a corresponding output to the driving component; and (c) drive simultaneous oscillation of the moveable component at two or more frequencies.<br><br>*See, e.g.,* '337 patent at 5:43-6:10, 6:43-8:30, 11:43-12:5; Figs. 5A-6, 7A-7C, 13, 22A-23 | **Structure**: the switches shown in Figures 5A–6 and described at 5:45–65, 6:2–8 with the processor/microprocessor/ microcontroller/CPU that performs the algorithm shown in Figures 7A–C and described at 6:43–8:30 and 13:3-41; and equivalents thereof |
| **'830 patent, claims 1 & 19**<br><br>a control component that controls supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an | **No Dispute:** Subject to 35 U.S.C. § 112(f)<br><br>**Agreed Function**: controlling supply of power from the power supply to the driving component to cause the movable component to oscillate at a frequency and an amplitude specified by one or more stored values | |

4

| Claim Language | Resonant's Proposed Construction | Apple's Proposed Construction |
|---|---|---|
| amplitude specified by one or more stored values | **Structure:** oscillator circuit; (except as to claim 20); microcontroller with internal or external memory; processor; CPU; microprocessor; and equivalents thereof<br><br>Where the corresponding structure is a processor, CPU, or microprocessor, the processor / CPU / microprocessor is programmed with an algorithm comprising the following steps: (a) set the mode and strength to default values or values representing selections made by user input to the user input features; and (b) provide a corresponding output to the power supply so that the power supply provides a corresponding output to the driving component.<br><br>*See, e.g.,* '830 patent at 5:50-6:18, 6:52-8:40, 11:57-12:19; Figs. 5A-6, 7A-7C | **Structure:** the switches shown in Figures 5A–6 and described at 5:52–6:5, 6:9–16 and the processor/microprocessor/microcontroller/CPU that performs the algorithm shown in Figures 7A–C and described at 6:52–8:40; and equivalents thereof |
| **'830 patent, claim 20** | **No Dispute:** Subject to 35 U.S.C. § 112(f) | |
| a control component that controls supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by one or more stored values, | **Function:** controlling supply of power from the power supply to the driving component to cause the movable component to oscillate at a frequency and an amplitude specified by one or more stored values | **Function:** controlling supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by one or more stored values; and driving simultaneous oscillation of the moveable |

| Claim Language | Resonant's Proposed Construction | Apple's Proposed Construction |
|---|---|---|
| wherein the control component drives simultaneous oscillation of the moveable component at two or more frequencies to generate complex vibration modes. | **Structure**:<br>microcontroller with internal or external memory; processor; CPU; microprocessor; and equivalents thereof<br><br>Where the corresponding structure is a processor, CPU, or microprocessor, the processor / CPU / microprocessor is programmed with an algorithm comprising the following steps:  (a) set the mode and strength to default values or values representing selections made by user input to the user input features; and (b) provide a corresponding output to the power supply so that the power supply provides a corresponding output to the driving component.<br><br>For claim 20, the algorithm comprises the following additional step:  (c) drive simultaneous oscillation of the moveable component at two or more frequencies.<br><br>*See, e.g.*, '830 patent at 5:50-6:18, 6:52-8:40, 11:57-12:19; Figs. 5A-6, 7A-7C | component at two or more frequencies to generate complex vibration modes<br><br>**Structure:**<br>the switches shown in Figures 5A–6 and described at 5:52–6:5, 6:9–16 and the processor/microprocessor/microcontroller/CPU that performs the algorithm shown in Figures 7A–C and described at 6:52–8:40 and 13:20–59; and equivalents thereof |
| **'882 patent, claim 1**<br><br>a control component that | **No Dispute:** Subject to 35 U.S.C. § 112(f)<br><br>**Agreed Function**:<br>receiving control signals input to the oscillating resonant module; receiving outputs from the one or more sensors; controlling oscillation of the mass to produce a vibration response | |

6

| Claim Language | Resonant's Proposed Construction | Apple's Proposed Construction |
|---|---|---|
| receives control signals input to the oscillating resonant module, receives outputs from the one or more sensors, and<br><br>controls oscillation of the mass to produce a vibration response according to the received control signals by generating, using one or more of the received sensor outputs, control outputs to an actuator that drives the mass to oscillate. | according to the received control signals by generating, using one or more of the received sensor outputs, control outputs to an actuator that drives the mass to oscillate<br><br>**Structure**:<br>oscillator circuit; microcontroller with internal or external memory; processor; CPU; microprocessor; and equivalents thereof<br><br>Where the corresponding structure is a processor, CPU, or microprocessor, the processor / CPU / microprocessor is programmed with an algorithm comprising the following steps: (a) receive a target frequency; (b) receive sensor outputs indicating (1) position of the mass, or (2) position and velocity of the mass; and (c) generate control outputs based on the target frequency and the current position and velocity of the mass<br><br>*See, e.g.*, '882 patent at 31:19-32:23, Fig. 45 | **Structure**:<br>the processor/logic circuitry that performs the algorithm shown in Fig. 45 and described at 31:19–32:13; and equivalents thereof |
| **'882 patent, claim 10**<br><br>a control component that<br><br>receives control signals input to the oscillating resonant module by the controller,<br><br>receives outputs from the one or more sensors, and | **No Dispute:** Subject to 35 U.S.C. § 112(f)<br><br>**Agreed Function**:<br>receiving control signals input to the oscillating resonant module; receiving outputs from the one or more sensors; controlling oscillation of the mass to produce a vibration response according to the received control signals by generating, using one or more of the received sensor outputs, control outputs to an actuator that drives the mass to oscillate | |
| | **Structure**: | **Structure**: |

7

| Claim Language | Resonant's Proposed Construction | Apple's Proposed Construction |
|---|---|---|
| controls oscillation of the mass to produce a vibration response according to the received control signals by generating, using one or more of the received sensor outputs, control outputs to an actuator that drives the mass to oscillate. | oscillator circuit; microcontroller with internal or external memory; processor; CPU; microprocessor; and equivalents thereof<br><br>Where the corresponding structure is a processor, CPU, or microprocessor, the processor / CPU / microprocessor is programmed with an algorithm comprising the following steps: (a) receive a target frequency; (b) receive sensor outputs indicating (1) position of the mass, or (2) position and velocity of the mass; and (c) generate control outputs based on the target frequency and the current position and velocity of the mass<br><br>*See, e.g.*, '882 patent at 31:19-32:23, Fig. 45 | the processor/logic circuitry that performs the algorithm shown in Fig. 45 and described at 31:19–32:13; and equivalents thereof |

### C. Indefiniteness

| Claim Language | Resonant's Proposed Construction | Apple's Proposed Construction |
|---|---|---|
| **'767 patent, claim 1; '830 patent, claim 4** "the one or more sensors" | No construction necessary; plain and ordinary meaning<br><br>Alternatively, to the extent a construction is deemed necessary, "the sensors" | Indefinite |
| **'767 patent, claim 1; '830 patent, claim 4** "desired outputs" | No construction necessary; plain and ordinary meaning | Indefinite |
| **'830 patent, claim 4** "the one or more operational control outputs" | No construction necessary; plain and ordinary meaning | Indefinite |
| **'830 patent, claim 4** "the received output signals" | No construction necessary; plain and ordinary meaning | Indefinite |
| **'830 patent, claim 4** "the sensors" | No construction necessary; plain and ordinary meaning | Indefinite |
| **'882 patent, claims 1, 3–6, 10** "the mass" | Plain and ordinary meaning, in which all recitations of "a mass" and "the mass" refer to the same mass | Indefinite |
| **'882 patent, claims 10, 17, 19, 20** "the oscillating resonant module[s]" / "the one or more oscillating resonant module[s]" | No construction necessary; plain and ordinary meaning | Indefinite |
| **'882 patent, claim 17** "the physical device" | No construction necessary; plain and ordinary meaning | Indefinite |

III.     DISPUTED CONSTRUCTIONS: RESONANT'S PROPOSED TERMS

| Term, Patent and Claim | Resonant's Proposal | Apple's Proposal |
|---|---|---|
| **'830 patent, claim 4**<br>"claim 1" | "claim 3" | Plain and ordinary meaning |
| **'882 patent, claim 17**<br>"claim 1" | "claim 10" | Plain and ordinary meaning |