UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

RESONANT SYSTEMS, INC. d/b/a
RevelHMI, Plaintiff,
vs.
APPLE INC., Defendant.

Case No.: 7:23-cv-00077-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by <u>Bethany Stevens</u>, counsel for <u>Apple Inc.</u>, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and <u>Bethany Stevens</u> may appear on behalf of <u>Apple Inc.</u> in the above case.

IT IS FURTHER ORDERED that <u>Bethany Stevens</u>, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of <u>June</u>, 20_____.

_____
Please Choose Judge