**Attachment A to Stevens Motion for Admission Pro Hac Vice**

Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| State of California | December 2006 |
| U.S.D.C. C.D. Cal. | 12/15/06 |
| U.S.D.C. N.D. Cal. | 4/14/16 |
| U.S.D.C. S.D. Cal. | 3/16/09 |
| U.S.D.C. E.D. Tex. | 10/9/15 |
| U.S.C.A. Ninth Circuit | 12/11/16 |

Applicant has previously applied to Appear Pro Hac Vice in this district court in Case[s]:

- Number: 6:21-cv-00263-ADA on the 11th day of August, 2021.
- Number: 6:21-cv-00165-ADA on the 4th day of February, 2022.
- Number: 6:21-cv-00943-ADA on the 27th day of December, 2022.
- Number: 6:22-cv-00787-ADA on the 1st day of May, 2023.
- Number: 6:23-cv-00314-ADA on the 30th day of October, 2023.