UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

RESONANT SYSTEMS, INC. d/b/a
RevelHMI, Plaintiff,
vs.
APPLE INC., Defendant.

Case No.: 7:23-cv-00077-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Hannah Cannom, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Apple Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) WSC LLP with offices at:

    Mailing address: 500 Molino Street, Suite 118
    City, State, Zip Code: Los Angeles, California 90013
    Telephone: (213) 337-9972   Facsimile: n/a

2. Since December 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 245635.

3. Applicant has been admitted to practice before the following courts:

    Court: See Attachment A
    Admission date: See Attachment A

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:22-cv-00145-ADA   on the 25t day of January, 2023.
   Number: 6:22-cv-00787-ADA   on the 1st day of May, 2023.
   Number: 6:23-cv-00314-ADA   on the 30t day of October, 2023.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Steven J. Wingard

Mailing address: 303 Colorado St. Suite 2400

City, State, Zip Code: Austin, Texas 78701

Telephone: 512-495-6300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Hannah Cannom to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Hannah Cannom
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 20th day of June, 2024.

Hannah Cannom
[printed name of Applicant]

[signature of Applicant]