UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

RESONANT SYSTEMS, INC. d/b/a
RevelHMI, Plaintiff,
vs.
APPLE INC., Defendant.

Case No.: 7:23-cv-00077-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Hannah Cannom, counsel for Apple Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Hannah Cannom may appear on behalf of Apple Inc. in the above case.

IT IS FURTHER ORDERED that Hannah Cannom, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June_____, 20____.

Please Choose Judge