ATTACHMENT A TO CANNOM PHV
APPLICATION

Question 3:

| Court | Admission Date |
|---|---|
| California State Bar | 12/11/2006 |
| U.S.D.C. Northern District California | 3/22/2011 |
| U.S.D.C. Central District California | 12/15/2006 |
| U.S.D.C. Eastern District of California | 5/17/2019 |
| U.S.D.C. Eastern District of Texas | 10/9/2015 |
| U.S. Court of Appeals for the Ninth Circuit | 12/11/2006 |
| United States Supreme Court | 3/28/2011 |

Question 5:

Number: 6:22-cv-00145-ADA on the 25th day of January 2023.

Number: 6:22-cv-00787-ADA on the 1st day of May 2023.

Number: 6:23-cv-00314-ADA on 30th of October 2023.