# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI,<br><br>    *Plaintiff,*<br><br>v.<br><br>APPLE INC.,<br><br>    *Defendant.* | Case No. 7:23-cv-00077-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF AGREED EXTENSION TO CERTAIN PRETRIAL SCHEDULING ORDER DEADLINES

TO THE HONORABLE JUDGE:

    Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Plaintiff Resonant Systems, Inc. ("Resonant") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") hereby provide notice that the Parties have agreed to extensions of certain pretrial deadlines as reflected in the amended **Exhibit A**, attached**.**

    1.    Under these extensions, the Parties' *Daubert* and dispositive motion briefing will be complete nearly two months prior to the scheduled pretrial conference, which remains unchanged.

    2.    The Parties affirm that this is an agreed request to change deadlines.

    3.    The Parties affirm that these extensions do not change the date of any hearing, trial, or other Court date.

4891-6220-8717

4.      The Parties affirm that these extensions do not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Date: July 3, 2024

/s/ Reza Mirzaie
Reza Mirzaie
Paul Kroeger
Kristopher Davis
Christian Conkle
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025

Peter Tong
RUSS AUGUST & KABAT
4925 Greenville Avenue, Suite 200
Dallas, Texas 75206

Tel: 310-826-7474
Fax: 310-826-6991
rak_revelhmi@raklaw.com

**Attorneys for Plaintiff Resonant Systems Inc., d/b/a RevelHMI**

Respectfully submitted,

/s/ James Yang
Roger A. Denning (Cal. Bar No. 228998)
denning@fr.com
Ryan O'Connor (Cal. Bar No. 304815)
oconnor@fr.com
Oliver Richards (Cal. Bar No. 310972)
orichards@fr.com
Joy Backer Kete (Mass. Bar No. 694323)
(*pro hac vice forthcoming*)
kete@fr.com
James Yang (Cal. Bar No. 323287)
jyang@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Ruffin B. Cordell (Tex. Bar No. 04820550)
cordell@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

Nitika Fiorella (Del. Bar No. 5898)
(*pro hac vice forthcoming*)
ngupta@fr.com
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-5070 / Fax: (302) 652-0607

Kathryn Quisenberry (Tex. Bar No. 24105639)
quisenberry@fr.com
Karrie Wheatley (Tex. Bar No. 24098605)
wheatley@fr.com
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Tel: (713) 654-5300 / Fax: (713) 652-0109

>Steven J. Wingard (Tex. Bar No. 00788694)
>swingard@scottdoug.com
>SCOTT, DOUGLAS & McCONNICO, L.L.P.
>303 Colorado Street, Suite 2400
>Austin, Texas 78701
>Tel: (512) 495-6300 / Fax: (512) 495-6300
>
>***Attorneys for Defendant Apple Inc.***

## Certificate of Service

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this 3rd day of July, 2024, with a copy of the foregoing via the Court's CM/ECF system.

>*/s/ Steven J. Wingard*
>Steven J. Wingard

4891-6220-8717

3