UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| RESONANT SYSTEMS, INC. d/b/a RevelHMI, *Plaintiff*, v. APPLE INC., *Defendant*. | Case No. 7:23-cv-00077-ADA<br><br>JURY TRIAL DEMANDED |
|---|---|

## AMENDED SCHEDULING ORDER

| Deadline | New Date |
|---|---|
| Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to amend if new information is identified after initial contentions. | 8/15/24 |
| Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) | 8/1/24 |
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. | 10/10/24 |
| Close of Fact Discovery.<br><br>The parties will serve all 30(b)(6) notice(s) by November 15, 2024, the parties shall meet and confer on the notice(s) by December 1, 2024, and by December 15, 2024, the served party will offer a non-overlapping deposition date for each 30(b)(6) witness (unless the parties agree that an overlapping deposition date for any particular witness is acceptable). | 2/6/25 |
| Opening Expert Reports | 2/27/25 |

4875-3416-3661

| | |
|---|---|
| Rebuttal Expert Reports | 3/27/25 |
| Close of Expert Discovery | 4/10/25 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. | 4/17/25 |
| Dispositive motion deadline and Daubert motion deadline. | 4/24/25 |
| Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | 5/8/25 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | 5/22/25 |
| Parties to contact Court to confirm their pretrial conference and trial dates. | 5/26/25 |
| Serve objections to rebuttal disclosures and **File** Motions *in-limine*. | 5/29/25 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | 6/10/25 |
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | 6/19/25 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | 6/26/25 |
| **Final Pretrial Conference**. Held in person. | 7/11/25 1:30 pm |
| **Jury Selection/Trial**. | 8/4/25 8:00 am |

4875-3416-3661