**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　*Defendant*. | Case No. 7:23-cv-00077-ADA<br><br>JURY TRIAL DEMANDED<br><br>▇▇▇▇▇▇▇▇▇<br>PUBLIC VERSION |

**DECLARATION OF KARRIE WHEATLEY**
**IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL ARBITRATION**
**AND STAY THE CASE PENDING THE ARBITRATION**

I, Karrie Wheatley, hereby declare:

1. I am an attorney with the law firm Fish & Richardson P.C., and counsel for Defendant Apple Inc. I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached as **Exhibit 1** is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3. Attached as **Exhibit 2** is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

4. Attached as **Exhibit 3** is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

5. Attached as **Exhibit 4** is a true and correct copy of e-mail correspondence from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

1

6. Attached as **Exhibit 5** is a true and correct copy of Plaintiff's Responses to Apple's First Set of Venue Interrogatories (Nos. 1-5), dated November 29, 2023.

7. Attached as **Exhibit 6** is a true and correct copy of the Federal Circuit's Order Denying Apple's Petition for Writ of Mandamus, Case 24-129, Dkt. 20, dated August 21, 2024.

8. Attached as **Exhibit 7** is a true and correct copy of Plaintiff's 30(b)(6) Notice of Deposition of Apple, dated November 15, 2024.

9. Attached as **Exhibit 8** is a true and correct copy of ███████████████████████████████████████████████████████████.

10. Attached as **Exhibit 9** is a true and correct copy of a letter from James Yang to Counsel for Resonant, dated December 13, 2024.

11. Attached as **Exhibit 10** is a true and correct copy of e-mail correspondence from Christian Conkle to James Yang, dated December 26, 2024.

12. Attached as **Exhibit 11** is a true and correct copy of excerpts from the January 15, 2025, Deposition Transcript of Lei Zhang.

13. Attached as **Exhibit 12** is a true and correct copy of e-mail correspondence between ███████████████████████████████████████████████████████████████.

14. Attached as **Exhibit 13** is a true and correct copy of Resonant's Confidential Response to Apple's Petition to the Federal Circuit for Writ of Mandamus, Case No. 24-129, Dkt. 14, dated June 17, 2024.

15. Attached as **Exhibit 14** is a true and correct copy of Apple Inc.'s First Set of Requests for Production to Resonant (Nos. 1-25), dated April 15, 2024.

16. Attached as **Exhibit 15** is a true and correct copy of Apple Inc.'s Second Set of Requests for Production to Resonant (Nos. 26-63), dated September 19, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of January 2025, in Houston, Texas.

<em>/s/ Karrie Wheatley</em><br>
Karrie Wheatley