UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC., d/b/a RevelHMI,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendants. | Case No. 7:23-cv-000077-DC<br><br>█████████ |

**DECLARATION OF CHRISTIAN W. CONKLE IN SUPPORT OF PLAINTIFF REVELHMI'S OPPOSITION TO APPLE'S MOTION TO COMPEL ARBITRATION**

I, Christian W. Conkle, declare and state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, counsel of record for Plaintiff Resonant Systems, Inc. d/b/a/ RevelHMI in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Apple's Motion to Compel Arbitration. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. On December 4, 2024, I participated in a teleconference with counsel for Apple. The other speakers were Jacob Buczko of Russ, August & Kabat and Mike Amon and James Yang of Fish & Richardson. During that teleconference, Mr. Amon mentioned that several of Resonant's 30(b)(6) deposition topics involved presuit communications between Resonant and Apple. I immediately stated that because of ▬
Resonant was not seeking and would not seek deposition testimony related to ▬
▬ In my December 25, 2024 email to Mr. Yang (attached as exhibit 10 to Apple's motion), I was referring to that same statement when I wrote: "I specifically told you during our Dec. 4 call that Resonant is not seeking 30(b)(6) testimony in any way related to ▬

3. Attached as **Exhibit A (under seal)** is a true and correct copy of excerpts of the deposition transcript of ▬, an Apple witness. I was the questioning attorney for these excerpts.

4. Attached as **Exhibit B (under seal)** is a true and correct copy of excerpts of the deposition transcript of ▬, an Apple witness. I was the questioning attorney for these excerpts.

5.  Attached as **Exhibit C (under seal)** is a true and correct copy of excerpts of the deposition transcript of ▮▮▮▮, an Apple witness. I was the questioning attorney for these excerpts.

6.  Attached as **Exhibit D** is a true and correct copy of Apple's First Supplemental Initial Disclosures. I retrieved this from our firm's document management system. The proof of service states that it was served on October 18, 2024, which is consistent with the timestamp in our system.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on February 5, 2025 in Los Angeles, California.

/s/ *Christian W. Conkle*
Christian W. Conkle