UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI,<br><br>    *Plaintiff,*<br><br>v.<br><br>APPLE INC.,<br><br>    *Defendant.* | Case No. 7:23-cv-00077-ADA<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF MICHAEL A. AMON
### IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND STAY THE CASE PENDING THE ARBITRATION

I, Michael A. Amon, hereby declare:

1. I am an attorney with the law firm Fish & Richardson P.C., and counsel for Defendant Apple Inc. I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached as **Exhibit 14** is a true and correct copy of an excerpt from the confidential rough deposition transcript of Robin Elenga, Volume 2, taken on February 6, 2025.

3. Attached as **Exhibit 15** is a true and correct copy of the court transcript regarding the Pretrial Hearing in *Koss Corporation v. Apple Inc.*, Case No. W-20-cv-665, Docket No. 298, dated July 20, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of February 2025, in San Diego, California.

                                              /s/ Michael A. Amon
                                              Michael A. Amon