UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC., d/b/a RevelHMI,<br><br>            Plaintiff,<br><br>       v.<br><br>APPLE, INC.,<br><br>            Defendant. | Case No.  7:23-cv-00077-ADA<br><br>**JURY TRIAL DEMANDED** |

**CORRECTED AMENDED SCHEDULING ORDER**

| Deadline | Date |
|---|---|
| Rebuttal Expert Reports | 4/15/25 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. | 5/1/25 |
| Close of Expert Discovery | 5/6/25 |
| Dispositive motion deadline and Daubert motion deadline. | 5/19/25 |
| Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | 5/28/25 |
| Parties to contact Court to confirm their pretrial conference and trial dates. | 6/9/25 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | 6/11/25 |
| Serve objections to rebuttal disclosures and **File** Motions *in-limine*. | 6/18/25 |

1

| | |
|---|---|
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | 6/30/25 |
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | 7/3/25 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | 7/10/25 |
| **Final Pretrial Conference**. Held via Zoom. | 7/25/25 1:30 pm |
| **Jury Selection/Trial**. | 8/18/25 8:00 am |

SO ORDERED this 14th day of April, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE