UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC., d/b/a RevelHMI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Case No. 7:23-cv-000077-ADA<br><br>**JURY TRIAL DEMANDED** |

### REVISED JOINT STIPULATION TO AMEND SCHEDULING ORDER

　　Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022 (the "Standing Order"), Plaintiff Resonant Systems, Inc. ("Resonant") and Defendant Apple Inc. ("Apple") (together, "the Parties") hereby provide notice that the Parties have agreed and stipulated to extend two deadlines.

　　First, the Parties agree that the deadline for the parties to meet and confer "to discuss narrowing the number of claims asserted and prior art references at issue to triable limits" shall be extended from May 1, 2025, to May 8, 2025.  Second, the Parties agree that the deadline for the parties to "file a Joint Report" be extended from May 8, 2025, to May 15, 2025.

　　The Parties affirm that this extension meets all of the criteria required under the Standing Order for the Court to automatically grant the extensions. Specifically, the Parties affirm as follows:

　　1.　　This request is agreed between the Parties.

　　2.　　This request does not change the date of any hearing, trial, or other Court date; and

　　3.　　This request does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

1

After the agreed extensions, the Parties the scheduling order will be as follows:

| Deadline | Current Date | Stipulated Amended Date |
|---|---|---|
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. | 5/1/25 | 5/8/25 |
| Dispositive motion deadline and Daubert motion deadline. | 5/19/25 | *No change* |
| Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | 5/28/25 | *No change* |
| Parties to contact Court to confirm their pretrial conference and trial dates. | 6/9/25 | *No change* |
| Serve objections to pretrial disclosures/rebuttal disclosures. | 6/11/25 | *No change* |
| Serve objections to rebuttal disclosures and **File** Motions *in-limine*. | 6/18/25 | *No change* |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine.* | 6/30/25 | *No change* |
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | 7/3/25 | *No change* |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | 7/10/25 | *No change* |
| **Final Pretrial Conference**. Held in person. | 7/25/25 1:30 pm | *No change* |
| **Jury Selection/Trial**. | 8/18/25 8:00 am | *No change* |

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 9, 2025 | Dated: May 9, 2025 |
| /s/ *Peter Tong* | /s/ *Steven J. Wingard* |
| Reza Mirzaie | Roger A. Denning (Cal. Bar No. 228998) |
| Paul Kroeger | denning@fr.com |
| Kristopher Davis | Ryan O'Connor (Cal. Bar No. 304815) |
| Christian Conkle | oconnor@fr.com |
| RUSS AUGUST & KABAT | Oliver Richards (Cal. Bar No. 310972) |
| 12424 Wilshire Boulevard 12th Floor | orichards@fr.com |
| Los Angeles, California 90025 | Joy Backer Kete (Mass. Bar No. 694323) |
|  | (*pro hac vice forthcoming*) |
| Peter Tong | kete@fr.com |
| RUSS AUGUST & KABAT | James Yang (Cal. Bar No. 323287) |
| 8080 N. Central Expy., Suite 1503 | jyang@fr.com |
| Dallas, Texas 75206 | FISH & RICHARDSON P.C. |
|  | 12860 El Camino Real, Suite 400 |
| Tel: 310-826-7474 | San Diego, CA 92130 |
| Fax: 310-826-6991 | Tel: (858) 678-5070 / Fax: (858) 678-5099 |
| rak_revelhmi@raklaw.com |  |
|  | Ruffin B. Cordell (Tex. Bar No. 04820550) |
| Attorneys for Plaintiff Resonant Systems Inc., d/b/a RevelHMI | cordell@fr.com |
|  | FISH & RICHARDSON P.C. |
|  | 1000 Maine Ave., SW, Suite 1000 |
|  | Washington, DC 20024 |
|  | Tel: (202) 783-5070 / Fax: (202) 783-2331 |
|  |  |
|  | Nitika Fiorella (Del. Bar No. 5898) |
|  | (*pro hac vice forthcoming*) |
|  | ngupta@fr.com |
|  | 222 Delaware Avenue, 17th Floor |
|  | Wilmington, DE 19801 |
|  | Tel: (302) 652-5070 / Fax: (302) 652-0607 |
|  |  |
|  | Kathryn Quisenberry (Tex. Bar No. 24105639) |
|  | quisenberry@fr.com |
|  | Karrie Wheatley (Tex. Bar No. 24098605) |
|  | wheatley@fr.com |
|  | FISH & RICHARDSON P.C. |
|  | 909 Fannin Street, Suite 2100 |
|  | Houston, TX 77010 |
|  | Tel: (713) 654-5300 / Fax: (713) 652-0109 |

Steven J. Wingard (Tex. Bar No.
 00788694)
swingard@scottdoug.com
SCOTT, DOUGLAS & McCONNICO,
 L.L.P.
303 Colorado Street, Suite 2400
Austin, Texas 78701
Tel: (512) 495-6300 / Fax: (512) 495-6300

*Attorneys for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

    I certify that this document is being served upon counsel of record for Defendant on May 9, 2025, via electronic service.

                                                           /s/ *Steven J. Wingard*
                                                           Steven J. Wingard