UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI, <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 7:23-cv-00077-ADA <br><br> JURY TRIAL DEMANDED <br><br> **FILED UNDER SEAL** |

**ORDER TRANSFERRING TRIAL TO AUSTIN**

1

Before the Court is the Parties' joint motion to transfer trial to Austin. The Court has the authority to order an intra-district transfer of trial under 28 U.S.C. § 1404. The parties hereby consent to trial in the Austin division under § 1404(a) and jointly brought its motion under 1404(b) to transfer trial to the Austin division.

Having considered its joint nature, IT IS HEREBY ORDERED that trial for this case is hereby transferred to the Austin division. The court clerks are ORDERED to make any necessary arrangements for trial in Austin.

Signed this 16th day of June, 2025.

                                               ALAN D ALBRIGHT
                                             US DISTRICT JUDGE