UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| RESONANT SYSTEMS, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | MO:23-CV-00077-ADA |
| | § | |
| APPLE, INC. | § | |

## ORDER CANCELLING JURY TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY TRIAL** on **Monday, August 18, 2025 at 09:00 AM is hereby CANCELLED until it is reset by further order of the court**.

IT IS SO ORDERED this 22nd day of July, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE